IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| QUINTEN JACKSON, | * | FILED<br>U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND |
| Plaintiff | * | 2013 OCT 23  P 3: 45 |
| v | * | CLERK'S OFFICE<br>AT BALTIMORE |
| TRANSUNION LLC | * | Civil Action No. JKB-13-1879<br>BY_____ DEPUTY |
| Defendant | * | |

\*\*\*

## ORDER

The above-captioned self-represented complaint was docketed in error, the Clerk having received a copy of the Complaint filed in *Jackson v. Transunion LLC*, Civil Action No. JKB-13-1726 and believing same to be a new filing.  ECF No. 1.  The court is in receipt of correspondence from Plaintiff confirming that this case should not have been opened.  ECF No. 4.

Accordingly, it is this 22 day of October, 2013, by the United States District Court for the District of Maryland, hereby ORDERED that:

1.      The Complaint is DISMISSED without prejudice; and

2.      The Clerk TRANSMIT a copy of this Order to plaintiff.

James K. Bredar
United States District Judge